UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM REEVE, | Case No. 1:24-cv-01458-JLT-EPG |
|---|---|
| Plaintiff, | ORDER FOR ATTORNEYS BROWNROUT AND WARNER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER TO ATTEND THE MANDATORY SCHEDULING CONFERENCE |
| v. | |
| SYNCHRONY BANK, et al., | |
| Defendants. | |
| | (ECF No. 3) |

On November 11, 2029, Plaintiff filed this action against Defendants Synchrony Bank, Equifax Information Services, and Experian Information Solutions. (ECF No. 1). On December 2, 2024, the Court issued an order setting a mandatory scheduling conference for March 4, 2025. (ECF No. 3). The Court warned that it may impose sanctions for failure to comply with its order. (*Id.* at 6).

On February 11, 2025, the parties filed a joint scheduling report. (ECF No. 20). The Court held the conference as scheduled on March 4, 2025, and counsel appeared for Plaintiff, Defendant Equifax Information Services, and Defendant Experian Information Solutions. However, Attorneys Brownrout and Warner, counsel for Defendant Synchrony Bank, did not appear. Accordingly, the Court noted that it would issue an order to show cause due to counsel's failure to appear.

Accordingly, IT IS ORDERED as follows:

1. Attorney Adam Daniel Brownrout and Steven P. Warner shall show cause why sanctions

1

should not issue for counsels' failure to attend the conference as required by the Court's order. (ECF No. 3).

2. Attorneys Brownrout and Warner have seven days from the entry of this order to file a written response explaining why counsel did not attend the conference.

3. After reviewing counsels' response, the Court will further consider whether sanctions are appropriate and whether to schedule the case.

IT IS SO ORDERED.

Dated:  **March 4, 2025**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2