



**United States District Court**
**Eastern District of California**

FILED

MAR 07 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

---

WILLIAM REEVE

Plaintiff(s)

V.

SYNCHRONY BANK, et al.

Defendant(s)

Case Number: 1:24-CV-01458-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

---

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Samin Hessami hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Equifax Information Services LLC

On __08/27/2019__ (date), I was admitted to practice and presently in good standing in the __USDC Northern District of Texas__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Steffey v. Affirm Loan Services LLC, et al., Case No. 2:24-cv-01397-DAD-CSK, Date of Application: 11/15/2024. GRANTED (12/12/2024)

Date: __03/05/2025__      Signature of Applicant: /s/ __Samin Hessami__

---

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Samin Hessami |
| Law Firm Name: | Seyfarth Shaw LLP |
| Address: | 700 Milam Street |
| | Suite 1400 |
| City: | Houston   State: TX   Zip: 77002-2812 |
| Phone Number w/Area Code: | (713) 238-1847 |
| City and State of Residence: | Houston, Texas |
| Primary E-mail Address: | shessami@seyfarth.com |
| Secondary E-mail Address: | equifaxdocketing@seyfarth.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jennifer R. Brooks |
| Law Firm Name: | Seyfarth Shaw LLP |
| Address: | 2323 Ross Avenue |
| | Suite 1660 |
| City: | Dallas   State: TX   Zip: 75201 |
| Phone Number w/Area Code: | (469) 608-6730   Bar # 305219 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/7/25

JUDGE, U.S. DISTRICT COURT

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Samin Hessami

Bar Number:                                  Date of Admission:

24100109                                     08/27/2019

Witness my official signature and the seal of this court.

Dated: 03/05/2025                            Karen Mitchell,
                                             Clerk of Court

                                             By: s/ B. Hill
                                                 Deputy Clerk



