



**United States District Court**
**Eastern District of California**

FILED
MAY 23 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____FMN_____
DEPUTY CLERK

| | |
|---|---|
| William Reeve | Case Number: 1:24-cv-01458-JLT-EPG |
| Plaintiff(s) | |
| V. | |
| Synchrony Bank, et al | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alexander W. Pilorusso hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Synchrony Bank

On ____10/23/2014____ (date), I was admitted to practice and presently in good standing in the ____Supreme Court of Pennsylvania____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ____05/22/2025____   Signature of Applicant: /s/ ____Alexander W. Pilorusso____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Alexander W. Pilorusso |
| Law Firm Name: | Reed Smith LLP |
| Address: | 20 Stanwix Street, Floor 12 |
| City: | Pittsburgh  State: PA  Zip: 15222 |
| Phone Number w/Area Code: | (412) 288-2529 |
| City and State of Residence: | Pittsburgh, Pennsylvania |
| Primary E-mail Address: | apilorusso@reedsmith.com |
| Secondary E-mail Address: | hbennett@reedsmith.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Heather D. Bennett |
| Law Firm Name: | Reed Smith LLP |
| Address: | 101 Second Street, Suite 1800 |
| City: | San Francisco  State: CA  Zip: 94105 |
| Phone Number w/Area Code: | (415) 543-8700  Bar # 178217 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/23/25

United States Magistrate Judge



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Alexander William Pilorusso, Esq.

DATE OF ADMISSION

*October 23, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 20, 2025

*Nicole Traini*
Nicole Traini
Chief Clerk