UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM REEVE, | Case No. 1:24-cv-01458-JLT-EPG |
| Plaintiff, | |
| v. | ORDER DENYING, WITHOUT PREJUDICE, PROPOSED STIPULATED PROTECTIVE ORDER |
| SYNCHRONY BANK, et al., | |
| Defendants. | (ECF No. 39) |

      This matter is before the Court on the parties' proposed stipulated protective order. (ECF No. 39). Upon review, the Court will deny, without prejudice, the request to enter the proposed order.

      Among other things, although the proposed order references Local Rule 141(c), the proposed order does not meet the Rule's requirements. For example, the parties define confidential information to mean "information contained or disclosed in any materials, . . . that is deemed to be confidential information by any party to which it belongs." (ECF No. 39 at 2). But such a definition improperly allows the parties to deem information confidential so long as they themselves believe that it qualifies for protection without ever disclosing the types of information at issue contrary to Local Rule 141(c)(1), which requires as follows: "[a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child)."

Furthermore, the stipulation for protective order does not clearly indicate a particularized need for protection or why a protective order is needed as opposed to a private agreement between the parties. (*See* L.R. 141(c)(2)-(3)).

Accordingly, IT IS ORDERED that the parties' proposed stipulated protective order (ECF No. 39) is denied without prejudice. Should the parties again seek approval of a protective order, they are directed to review this Court's Local Rules and revise their request accordingly.

IT IS SO ORDERED.

Dated: **May 27, 2025**         /s/ Erica P. Grosjean
                     UNITED STATES MAGISTRATE JUDGE

2