1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM REEVE,

                 Plaintiff,

      v.

SYNCHRONY BANK, *et al.*,

              Defendants.

Case No.   1:24-cv-01458-JLT-EPG

ORDER GRANTING UNIFORM
STIPULATED PROTECTIVE ORDER

(ECF No. 44)

This matter is before the Court on the parties' "Uniform Stipulated Protective Order." (ECF No. 44). Upon review, the Court will grant the stipulation.

On May 22, 2025, the parties filed a joint stipulation requesting that Court enter a protective order. (ECF No. 39). Because the Court found the parties' definition of confidential information overly broad, the Court denied the stipulated protective order without prejudice. (ECF No. 42 at 1-2).

The parties now request that the Court grant their new stipulated protective order, which limits the types of information deemed confidential to the following:

    a.   Internal account files and notes (as production of these files and notes will naturally reveal proprietary record keeping methods and software, and will potentially contain confidential business practices and commercial information);

    b.   Internal investigation files and notes (as production of these files and notes will naturally reveal proprietary record keeping methods and software, and will

potentially contain confidential business practices and commercial information);

c.   Business practices and policies; and

d.   Documentation reflecting proprietary systems and/or software.

(ECF No. 44 at 3).  They state that this protective order is justified, among other reasons, "to expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information the parties are entitled to keep confidential, . . . to address their handling at the end of the litigation, and serve the ends of justice."  (*Id.* at 2).

Accordingly, IT IS ORDERED that the parties' motion for protective order (ECF No. 44) is granted.

IT IS SO ORDERED.

Dated:    **June 2, 2025**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

2