**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM REEVE,<br><br>        Plaintiff,<br><br>   v.<br><br>SYNCHRONY BANK; *et al.*<br><br>        Defendants. | Case No.: 1:24-cv-01458-JLT-EPG<br><br>**ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES LLC**<br><br>(ECF NO. 50) |

   Based upon the Parties' Stipulation (ECF No. 50), and good cause, this Court hereby orders Defendant EQUIFAX INFORMATION SERVICES LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

   **IT IS SO ORDERED.**

DATED:  June 11, 2025

/s/ *Erica P. Grosjean*
**UNITED STATES MAGISTRATE JUDGE**