UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM REEVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNCHRONY BANK, *et al.*,<br><br>　　　　　Defendants. | Case No.　1:24-cv-01458-JLT-EPG<br><br>ORDER DIRECTING DEFENDANTS SYNCHRONY BANK AND EQUIFAX INFORMATION SERVICES, LLC, REGARDING STIPULATION OF DISMISAL<br><br>(ECF No. 52) |

　　　　On June 17, 2025, Plaintiff William Reeve and Defendant Experian Information Solutions, Inc., filed a stipulation of dismissal with prejudice of the claims against these Defendants under Federal Rule of Civil Procedure 41. However, because Rule 41(a)(1)(A)(ii) requires a stipulation of dismissal to be "signed by all parties who have appeared," and only Plaintiff and Defendant Experian Information Solutions, Inc., have signed the stipulation, the Court will require the remaining Defendants in the case who have appeared—Defendants Synchrony Bank and Equifax Information Services, LLC—to submit a filing approving or opposing the stipulation of dismissal. *See Thacker v. AT&T Corp.*, No. 2:20-CV-00255-KJM-CKD PS, 2021 WL 1784873, at *1 (E.D. Cal. May 5, 2021), *report and recommendation adopted*, 2021 WL 4168533 (E.D. Cal. Sept. 14, 2021) (noting that court was "unaware of any case waiving the requirement that the stipulation . . . must be made by all parties who have appeared" and that "[t]he requirement to obtain all parties' consent to voluntarily dismiss (without a court order) is intended to ensure that a voluntary dismissal of a party at later stages of the

litigation does not cause plain legal prejudice to the party to be dismissed <u>or to the remaining defendant(s)</u>").

    Accordingly, IT IS ORDERED as follows:

1. By no later than June 27, 2025, Defendants Synchrony Bank and Equifax Information Services, LLC, shall file a signed document reflecting their approval of the stipulation of dismissal (ECF No. 52) or file a response opposing the stipulation of dismissal.
2. Alternatively, by no later than June 27, 2025, the parties may file a stipulation of dismissal signed by *all* parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **June 17, 2025**           /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE