**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM REEVE | Case No.: 1:24-cv-01458 JLT EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY THIRD PARTY DEFENDANT'S MOTION FOR LEAVE TO FILE AN IMPLEADER THIRD PARTY COMPLAINT |
| v. | |
| SYNCHRONY BANK, et al., | |
| Defendants. | (Doc. 88) |

On February 10, 2026, third-party Defendant Merced Powersports filed a motion for leave to file an impleader third party complaint pursuant to Federal Rule of Civil Procedure 14, naming as a third-party Defendant Joshua Jagoda. (Doc. 80.) On May 6, 2026, the magistrate judge issued Findings and Recommendations, recommending that the motion be denied. (Doc. 88.) The Court served the Findings and Recommendations on all parties, provided 14 days for objections, and warned that failure to timely file objections may result in the waiver of rights on appeal. (*Id*. at 6–7, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No party filed objections and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, including the objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 6, 2026, are **ADOPTED** in full.

1

(Doc. 88.)

2. Third-party Defendant Merced Powersports' Motion to File an Impleader Complaint is denied. (Doc. 80.)

IT IS SO ORDERED.

Dated:    **June 12, 2026**

_____
UNITED STATES DISTRICT JUDGE