UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM REEVE,

          Plaintiff,

   v.

SYNCHRONY BANK, *et al.*,

          Defendants.

Case No.   1:24-cv-01458-JLT-EPG

ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON SYNCHRONY BANK'S MOTION FOR SUMMARY JUDGMENT; CONTINUING PRE-TRIAL CONFERENCE AND TRIAL DATES

(ECF No. 96)

On July 1, 2026, the parties filed a joint stipulation to extend the briefing schedule on Synchrony Bank's Motion for Summary Judgment. Additionally, the stipulation seeks continuance of the pre-trial conference and trial. (ECF No. 96). The stipulation provides as follows

This Stipulation is entered into by and between Plaintiff William Reeve ("Plaintiff"), Defendant and Third-Party Plaintiff Synchrony Bank ("Synchrony"), and Third-Party Defendant Two Wheels, Inc. dba Merced Powersports ("MPS"), by and through their respective counsel of record, with reference to the following facts:

WHEREAS, on June 22, 2026, Synchrony filed Motions for Summary Judgment, or in the Alternative, Partial Summary Judgment as to Plaintiff William Reeve's Complaint (ECF No. 90) and as to Synchrony's Third-Party Complaint against MPS (ECF No. 91) (collectively, the "Motions"), which are both noticed for hearing on July 27, 2026, at 9:00 a.m. in Courtroom 4 of the above-entitled Court;

WHEREAS, in support of the Motions, Synchrony concurrently filed a Statement of Undisputed Facts, a Request for Judicial Notice with supporting exhibits, and the Declarations of Salwa S. Kamal and Julie Avila Martinez, together with voluminous documentary exhibits;

1

WHEREAS, pursuant to Local Rule 230(c), oppositions to the Motions are presently due on July 6, 2026, fourteen (14) days after the Motions was filed, and, pursuant to Local Rule 230(d), Synchrony's reply is due no later than ten (10) days after the opposition is filed; WHEREAS, at the time Synchrony filed the Motions, Plaintiff's counsel were engaged in a jury trial in Dehcheshmeh v. BMO Bank National Association, et al., Case No. 5:24-cv-09225-NW, in the United States District Court for the Northern District of California, which precluded counsel from immediately devoting the time and attention necessary to prepare Plaintiff's opposition to the Motion;

WHEREAS, Plaintiff's counsel also has pre-planned, out-of-state travel scheduled to begin following the conclusion of that trial, further limiting counsel's availability to prepare the opposition within the fourteen-day period currently provided by Local Rule 230(c);

WHEREAS, in light of the scope of the Motions and the volume of the supporting record, Plaintiff requires additional time to prepare his opposition, including a response to Synchrony's Statement of Undisputed Facts and any supporting evidence;

WHEREAS, counsel for the parties have met and conferred and agree that a two-week extension of the briefing schedule, with a corresponding continuance of the hearing date, is warranted and will not prejudice any party;

WHEREAS, the continuance of the hearing on the Motions to August 24, 2026 will result in the Motions being heard, and potentially decided, on the current Pretrial Conference date, which is also August 24, 2026, and in close proximity to the current trial date of October 20, 2026, leaving the parties insufficient time to complete the pretrial filings required by the Federal Rules of Civil Procedure and this Court's Local Rules and to prepare for trial following the Court's ruling on the Motions;

WHEREAS, counsel for the parties have further met and conferred and agree that good cause exists to continue the trial to commence on or about January 26, 2027, and to continue the Pretrial Conference and all related pretrial deadlines accordingly, or to such other dates as are convenient for the Court;

WHEREAS, this is the first request to modify the briefing schedule on the Motions, the requests are not made for purposes of delay, and good cause exists for the requested extension and continuances under Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4); and

WHEREAS, the deadlines for the parties' pretrial filings are calculated from the Pretrial Conference and trial dates under the Federal Rules of Civil Procedure and this Court's Local Rules, and the parties agree that those deadlines shall be adjusted to correspond to the continued Pretrial Conference and trial dates set by the Court.

NOW, THEREFORE, the parties, by and through their respective counsel of record, and subject to the approval of the Court, hereby STIPULATE and agree as follows:

2

1. Plaintiff and MPS's deadline to file oppositions to the Motions shall be extended from July 6, 2026, to and including July 20, 2026;

2. Synchrony's deadline to file any reply in support of the Motions shall be extended to and including August 3, 2026;

3. The hearing on the Motions shall be continued from July 27, 2026, to August 24, 2026, at 9:00 a.m. in Courtroom 4, or to such other date as is convenient for the Court;

4. The Pretrial Conference, currently set for August 24, 2026, shall be continued to a date to be set by the Court that is consistent with the continued trial date;

5. The trial, currently set for October 20, 2026, shall be continued to commence on January 26, 20271, or to such other date as is convenient for the Court;

6. All remaining pretrial deadlines that are calculated from the Pretrial Conference or trial dates, including the deadlines for the parties' pretrial submissions under the Federal Rules of Civil Procedure and this Court's Local Rules, shall be adjusted to conform to the continued Pretrial Conference and trial dates; and

7. This Stipulation does not waive any party's substantive rights, claims, or defenses with respect to the Motions.

IT IS SO STIPULATED.

(ECF No. 96).

Upon consideration and good cause thus appearing, the Court shall grant the parties' joint stipulation.

Accordingly, **IT IS ORDERED** as follows:

1. Plaintiff and MPS shall file any oppositions to the Motions on or before July 20, 2026;

2. Defendant Synchrony Bank shall file any reply in support of the Motions on or before August 3, 2026;

3. The hearing on the Motion is continued to August 24, 2026, at 9:00 a.m. in Courtroom;

4. The Pretrial Conference, currently set for August 24, 2026, is continued to November 9, 2026 at 1:30 p.m.; and

5. The trial is continued from October 20, 2026, to January 26, 2027.

**IT IS SO ORDERED.**

DATED:   **July 2, 2026**                  /s/ *Erica P. Grosjean*
                                    **UNITED STATES MAGISTRATE JUDGE**

3